```
IN THE UNITED STATES BANKRUPTCY COURT FOR
         THE DISTRICT OF PUERTO RICO
```

IN RE:

CARMEN   CABRERA ARTACHE

XXX-XX-5796

        Debtor(s)

CASE NO. 11-01424 ESL
Chapter 13

FILED & ENTERED ON 05/16/2011

## ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following: "Motion requesting entry of order requesting authorization to use funds from 2010 tax refund", filed by debtor, docket #18.

Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 16 day of May, 2011.

*(signature)*

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC:   DEBTOR(S)
      ROBERTO  FIGUEROA CARRASQUILLO
      JOSE RAMON CARRION MORALES
      debtor